IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN JOHNSON,

    Plaintiff,                              No C 06-6414 VRW

       v

                                        ORDER

PATRICK CONNOLLY, et al

    Defendants.

---

On February 8, 2007, plaintiff moved for default judgment against defendants, seeking statutory damages, injunctive relief and attorney fees. Doc ##18, 19. Plaintiff's counsel supported the application for attorney fees in one sentence, remarking that "[a]s of the filing of this declaration, [plaintiff] has expended $8,877.83 in attorney fees and $752.93 in costs to prosecute this action." Doc #21, ¶ 9. The court cannot assess the reasonableness of plaintiff's request based on this conclusory assertion. Accordingly, plaintiff's counsel shall submit to the court on or before March 29, 2007, a declaration containing a detailed billing record supporting plaintiff's request for attorney fees.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge